UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CHAMBERS
U.S.D.C. - Rome
MAR 1 0 2014
JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA

v.

DARRELL LAMAR WISE, JR.,

    Defendant.

CRIMINAL ACTION NO.
4:13-CR-44-RLV

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 10th day of March, 2014.

ROBERT L. VINING, JR.
Senior United States District Judge